(132 So. 909)

### Ignatius WEEKS v. STATE.
### 1 Div. 651.

Supreme Court of Alabama.
March 12, 1931.

Woodford Mabry, of Grove Hill, and A. H. Crovatt, of Foley, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.

Petition of Ignatius Weeks for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Weeks v. State (1 Div. 940), 132 So. 926.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS and BROWN, JJ., concur.

(131 So. 912)

### Bethel W. WHITSON v. William M. WALKER, Judge, etc.
### 6 Div. 809.

Supreme Court of Alabama.
Dec. 20, 1930.

John D. Hill, of Birmingham, for petitioner.

PER CURIAM.
Petition denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(133 So. 921)

### Jule, alias Jullie, WILLIAMS v. STATE.
### 1 Div. 606.

Supreme Court of Alabama.
April 9, 1931.

PER CURIAM.
Appeal dismissed.

(133 So. 922)

### Mary E. WISE v. D. G. McDUFFIE.
### 4 Div. 493.

Supreme Court of Alabama.
March 24, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(130 So. 918)

### Ex parte W. J. WORTHINGTON.
### 6 Div. 729.

Supreme Court of Alabama.
Oct. 23, 1930.

PER CURIAM.
Petition dismissed by petitioner.